Danny Alfred **FONTANA**,
Petitioner–Appellant,

v.

Frank X. **CHAVEZ**, Warden; Attorney General for the State of California, Respondents–Appellees.

No. 12–16307.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Sept. 9, 2014.

Decided Sept. 25, 2014.

Alan A. Dressler, Alan Dressler Attorney at Law, San Francisco, CA, for Petitioner–Appellant.

Julia Je, Office of the California Attorney General, San Francisco, CA, for Respondents–Appellees.

Before: REINHARDT, GOULD, and BERZON, Circuit Judges.

MEMORANDUM *

On the issues certified for appeal to this court, Petitioner contends that the Califor-

by Ninth Circuit Rule 36–3.

nia trial court violated his due process right to present a defense and Sixth Amendment right to cross-examine adverse witnesses. The California Supreme Court rejected these claims. Assuming constitutional error, we hold that the trial court's exclusion of evidence related to the victim's consensual sex with her boyfriend was harmless under *Brecht v. Abrahamson*, 507 U.S. 619, 113 S.Ct. 1710, 123 L.Ed.2d 353 (1993).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.